# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JASMINE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-cv-01222 |
| ) | |
| JERRY VERHAGEN, individually, d/b/a ) | |
| HAMLIN ROSS & ASSOCIATES, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, JASMINE JONES, ("Plaintiff"), through her attorney, Taylor L. Kosla, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendants, JERRY VERHAGEN, individually, d/b/a HAMLIN ROSS & ASSOCIATES.

DATED:  July 28, 2021                    RESPECTFULLY SUBMITTED,


                                              By:/s/ Taylor L. Kosla
                                                    Taylor L. Kosla
                                                    Agruss Law Firm, LLC
                                                    4809 N. Ravenswood Ave.
                                                    Suite 419
                                                    Chicago, IL 60602
                                                    Tel: 312-224-4695
                                                    Fax: 312-253-4451
                                                    taylor@agrusslawfirm.com

## CERTIFICATE OF SERVICE

I certify that on July 28, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system. I also sent Defendant a copy via USPS to the address below:

Jerry Verhagen d/b/a Hamlin Ross & Associates
6000 N. Bailey Avenue
Buffalo NY 14226

By: /s/ Taylor L. Kosla
Taylor L. Kosla