IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMSINE JONES § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. H-21-1222 |
| § | |
| JERRY VERHAGEN, individually, § dba HAMLIN ROSS & ASSOCIATES § § | |
| Defendant. | |

## ORDER OF DISMISSAL

Counsel for the plaintiff has filed a Notice of Voluntary Dismissal. It is ORDERED that this cause be dismissed without prejudice with each parties to bear their own costs.

SIGNED on July 29, 2021, at Houston, Texas

_____
Lee H. Rosenthal
United States District Judge